IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| AMERICA ONLINE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| V. ) | Civil Action No. 1:05cv344 |
| ) | |
| CHRISTOPHER WILLIAM SMITH, ) | |
| ADVISTECH, S.A. ) | |
| AND ) | |
| JOHN DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Lindquist & Vennum PLLP and Bowman and Brooke LLP's motion seeking leave to withdraw pursuant to Local Rule 83.1.  It is hereby

ORDERED that the motion is GRANTED and Lindquist & Vennum, and Bowman and Brooke are permitted to withdraw from the representation of Mr. Smith and Advistech, S.A. in this matter.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 12   , 2005